# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| THE DUGABOY INVESTMENT TRUST and GET GOOD TRUST<br>    Appellants,<br><br>           v.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br>    Appellee | CIVIL ACTION NO. 3:21-cv-01295-X |
| In re:<br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br>    Debtor | CASE NO. 19-34054-sgj11 |

COME NOW, the Dugaboy Investment Trust ("Appellant"), creditor and party in interest in the above-captioned bankruptcy case and appellant in the above-captioned bankruptcy appeal, and, pursuant to 28 U.S.C. § 158(d), hereby appeal to the United States Court of Appeals for the Fifth Circuit that certain *Memorandum Opinion and Order* (the "Order") entered by the District Court on September 22, 2022, at ECF Docket No. 34 affirming the bankruptcy court's order.

The names of the parties to the Order and the contact information for their attorneys are as follows:

{00378906-1}

1. <u>Appellant</u>:

   The Dugaboy Investment Trust and Get Good Trust

   <u>Attorneys</u>:

   Douglas S. Draper
   ddraper@hellerdraper.com
   Leslie A. Collins
   lcollins@hellerdraper.com
   Greta M. Brouphy
   gbrouphy@hellerdraper.com
   Michael E. Landis
   mlandis@hellerdraper.com
   Heller, Draper & Horn, L.L.C.
   650 Poydras Street, Suite 2500
   New Orleans, Louisiana 70130
   Telephone: (504) 299-3300
   Fax: (504) 299-3399

   Michael J. Lang
   Crawford Wishnew & Lang
   1700 Pacific Avenue
   Suite 2390
   Dallas, TX 75201
   214-817-4509
   Email:       mlang@cwl.law

2. <u>Debtor</u>:

   Highland Capital Management, L.P.

   <u>Attorneys</u>:

   Gregory V. Demo
   John A. Morris
   Jordan A. Kroop
   Robert J. Feinstein

   {00378906-1}

      Pachulski Stang Ziehl & Jones LLP
      780 Third Ave.
      34th Floor
      New York, NY 10017
      212-561-7700
      Fax: 212-561-7777
      Email:    gdemo@pszjlaw.com
                    jmorris@pszjlaw.com
                    jkroop@pszjlaw.com
                    rfeinstein@pszjlaw.com


      Jeffrey N. Pomerantz
      Pachulski Stang Ziehl & Jones LLP
      10100 Sanat Monica Blvd.
      13th Floor
      Los Angeles, CA 90067
      310-227-6910
      Fax:  310-201-0760
      Email:    jpomerantz@pszjlaw.com

      Melissa S. Hayward
      Hayward PLLC
      10501 N Central Expwy
      Suite 106
      Dallas, TX 75231
      972-755-7104
      Email:    mhayward@haywardfirm.com


3. <u>Appellee:</u>

    Highland Capital Management, L.P.

      <u>Attorneys:</u>

      Gregory V. Demo
      John A. Morris
      Jordan A. Kroop
      Pachulski Stang Ziehl & Jones LLP


    {00378906-1}

780 Third Ave.
34th Floor
New York, NY 10017
212-561-7700
Fax: 212-561-7777
Email:      gdemo@pszjlaw.com
            jmorris@pszjlaw.com
            jkroop@pszjlaw.com


Ira D. Kharasch
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Sanat Monica Blvd.
13th Floor
Los Angeles, CA 90067
310-227-6910
Fax:  310-201-0760
Email:      jpomerantz@pszjlaw.com

Melissa S. Hayward
Zachery Z. Annable
Hayward PLLC
10501 N Central Expwy
Suite 106
Dallas, TX 75231
972-755-7104
Email:      mhayward@haywardfirm.com
            zannable@haywardfirm.com

{00378906-1}

4. <u>Party-In-Interest:</u>

UBS Securities LLC and UBS AG London Branch

<u>Attorneys:</u>

Jeffrey E. Bjork
Latham & Watkins LLP
355 South Grand Avenue, Ste. 100
Los Angeles, CA 90071
213-485-1234
Fax:  213-891-8763
Email: jeff.bjork@lw.com

Michael J. Merchant
Sarah E. Silveira
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Fax:  302-651-7701
Email: merchant@rlf.com
silveira@rlf.com

Asif Attarwala
Latham & Watkins LLP
330 N. Wabash Avenue, Ste. 2800
Chicago, IL 60611
312-876-7700
Fax:  312-993-9767
Email: asif.attarwala@lw.com

{00378906-1}

Respectfully Submitted this 3rd day of October 2022.

        **HELLER, DRAPER & HORN, L.L.C.**

        By: */s/ Douglas S. Draper*
        Douglas S. Draper, La. Bar No. 5073
        ddraper@hellerdraper.com
        Leslie A. Collins, La. Bar No. 14891
        lcollins@hellerdraper.com
        Greta M. Brouphy, La. Bar No. 26216
        gbrouphy@hellerdraper.com
        Michael E. Landis, La. Bar No. 36542
        mlandis@hellerdraper.com
        650 Poydras Street, Suite 2500
        New Orleans, LA 70130
        Telephone: (504) 299-3300
        Fax: (504) 299-3399

        ATTORNEYS FOR THE DUGABOY
        INVESTMENT TRUST AND
        GET GOOD TRUST

{00378906-1}

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this the 3rd day of October 2022, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof, including on counsel for the Appellee.

The undersigned hereby certifies that, on this the 3rd day of October 2022, true and correct copies of this document were served via U.S. Mail, First Class, properly addressed with pre-paid postage to the counsel for the Party-in-Interest and counsel for the Debtor.

>                             */s/ Douglas S. Draper*
>                             Douglas S. Draper

{00378906-1}