# United States Court of Appeals
## for the Fifth Circuit

Certified as a true copy and issued
as the mandate on Aug 21, 2023

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 28, 2023
Lyle W. Cayce
Clerk

No. 22-10983

---

In the Matter of Highland Capital Management, L.P.

*Debtor*,

The Dugaboy Investment Trust,

*Appellant*,

versus

Highland Capital Management, L.P.,

*Appellee.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-1295

---

Before Wiener, Southwick, and Duncan, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

No. 22-10983

IT IS FURTHER ORDERED that appellant pay to appellee the costs on appeal to be taxed by the Clerk of this Court.